IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

INhelling TOBACCO SMOKE is POISONUS MY HEALTh
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

1:16-CV-983

J. BARRETT

M.J. LITKOVITZ

IF THE PLAINTIFF IS A PRISONER: PRISONER # 527-016

vs.

MR. SGT. BEAR
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

MR RONAld ERdos

MR. B. SPARKS

**COMPLAINT**

I. PARTIES TO THE ACTION: INhelling TOBACCO SMOKE is POISON

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

DONAld K. MAlone II 527-016
NAME - FULL NAME PLEASE - PRINT

SOCf PO BOX 45699 LUCASville, ohio 45699
ADDRESS: STREET, CITY, STATE AND ZIP CODE

(740) 259-5644
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        _____

        _____

        _____

        DEFENDANTS:

        _____

        _____

        _____

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        _____

        3.    DOCKET NUMBER

        _____

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        _____

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        _____

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        _____

        7.    APPROXIMATE DATE OF THE DISPOSITION

        _____

PLACE OF PRESENT CONFINEMENT
SOCF PRISON

- A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

- B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (X)

- C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

- D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

    The LAST Time A Inmate Tray he was Threat By SOCF Staff To Be harm or Injury

- E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO (X)

- F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. MR. RONAld ERdos WARDEN of SOCF
   NAMES - FULL NAME PLEASE
   PO BOX 45699 : LUCASVille, ohio 45699
   ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. MR. B. SPARKS SOCF PO BOX 45699 LUCASVille, ohio 45699
   MR. SGT. BEAR SOCF PO BOX 45699 LUCASVille, ohio 45699

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

SGT. TERRY SOCF PO BOX 45699 LUCASVille, ohio 46699
THERES OTHERS BUT I DON'T NO how TO SPill THERE NAMES oK

-4-

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On J4-North at SOCF prison around 4:00pm on second shift I was in helling tobacco smoke on these dates 9/7/16 - 9/9/16 - 9/13/16 9/16/16 and 9/29/16 I tould the warden Mr. Ronald Erdos when he stared working here at SOCF he tould me let him wary about the tobacco issue's in so meny words. Mr. B. Sparks is the unit C unit manager leting inmates bring items to inmates in a control lock down block no outside G.P. inmates are not be strip searches to control the illegal item's comeing into 4B. SGT. Bear don't care much his self these state empoyee's are full of corruption and I want a liadetcjertest for my evidence against this corrupt prison system- leting tobacco items that the SOCF staff is bring in for there personal use and it violate's my health second hand smoke kills

-5-

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I will like to court to remover me from SOCF institution and send me to a institution of my choice. Becaus this will not stop happing and my health come's first. This corrupt prison is forceing me to inhell poisonus air form danger and serious tobacco smoke thats serious to my health. Secondhand smoke kills. I want a liardetctertest for my evidence against this corrupt prison system here at SOCF in Lucasville, Ohio 45699

SIGNED THIS 9 DAY OF 29 20 16.

Donald K. Malone 527-016
SIGNATURE OF PLAINTIFF

(PAGE ONE) DATE 9/21/2016

ON J4-NORTH AT ROUND 4:00 PM ON SECOND SHIFT. I WAS INHELLING TOBACCO SMOKE IN THE BLOCK. ITS AGAINST FEDERAL LAW TO HAVE ANY TOBACCO ITEM'S IN A STATE PRISON SYSTEM. I WANT A LIARDETCTERTEST FOR MY EVIDENCE AS WELL. SECOND HAND SMOKE KILLS. THE SOCF WARDEN MR. RONALD ERDOS IS ALLOWING his SOCF PRISON STATE EMPLOYEE'S TO BRING IN SMOKELESS TOBACCO AND REGULAR TOBACCO FOR THERE PERSONAL USE. ITS AGAINST FEDREAL LAW TO LET ANY TOBACCO OF ANY KIND INTO A STATE PRISON SYSTEM OVER→

RECEIVED SEP 26 2016 RICHARD W. NAGEL CLERK OF COURT CINCINNATI, OHIO

I AM SICK OF INHELLING POISONUS SMOKE. THE SOCF WARDEN POSEDING A SERIOUS DANGER TO MY HEALTH PARTICULARLY IN CASES OF SECONDHAND SMOKE, TALAL V. WHITE, 403 F.3d 423 (6Th CIR. 2005); ALVARADO V. LITSCHER, 267 F.3d 648 (7Th CIR. 2001); AND ASBESTOS, LABOUNTY V COUGHLIN, 137 F.3d 68 (2d CIR. 1998) WHILE YOU ARE NOT ENTITLED TO A SPECIFIC AIR TO INHELL MY EIGHTH AMENDMENT IS BEING VIOLATED OF MY CONSTITUTION SO PLEAS SEND ME THE PAPER WORK FOR A LAW SUIT AGAINST SOCF WARDEN AND SGT BEAR. THINK YOU FOR YOUR TIME. MR. DONALD K. MALONE 527-016 DATE 9/21/2016. THESE ARE THE DATE'S I AM INHELLING TOBACCO SMOKE AT S.O.C.F. 9/7/16  9/9/16  9/13/16  9/15/2016